UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RADAMES RODRIGUEZ,

                Plaintiff,

        -against-

ZAM REALTY MANAGEMENT LLC., ZAM 1015
CORP., ZAM 936 LLC, and LOUIS ZAMBOLI,

                Defendants.
-------------------------------------------------------------------X

Case No.: 1:24-CV-08053

**JUDGMENT**

        WHEREAS, Defendants am Realty Management LLC., Zam 1015 Corp., Zam 936 LLC, and Louis Zamboli served Plaintiff with an offer of judgment for $75,000.00 on June 20, 2025;

        WHEREAS, Plaintiff filed an acceptance of offer of judgment on June 23, 2025;

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

        ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff RADAMES RODRIGUEZ against Defendants ZAM REALTY MANAGEMENT LLC., ZAM 1015 CORP., ZAM 936 LLC, and LOUIS ZAMBOLI the amount of $75,000.00, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of any Defendants.

Dated:   New York, New York
          June 30, 2025.

                                      SO ORDERED:

                                      Hon. Jeannette A. Vargas
                                      United States District Judge

{00130399 - 1}